**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 19-6794**

————————

ROBERT LOUIS GARRETT, JR., a/k/a Chubby, a/k/a Chubb, a/k/a Tru, a/k/a Kweli, a/k/a Justice,

        Plaintiff - Appellant,

        v.

RANDALL FOWLER, JR.; LASLEY; WILLIAMS; DEGEORGIS; WANTONTA GOLDEN; JEFF BILYEU; R. BLACKBURN; KENNETH MYERS; JAMES JENNINGS; NATHAN RICE,

        Defendants - Appellees.

————————

**No. 19-6832**

————————

ROBERT LOUIS GARRETT, JR., a/k/a Chubby, a/k/a Chubb, a/k/a Tru, a/k/a Kweli, a/k/a Justice,

        Plaintiff - Appellant,

        v.

RANDALL FOWLER, JR.; LASLEY; WILLIAMS; DEGEORGIS; WANTONTA GOLDEN; JEFF BILYEU; R. BLACKBURN; KENNETH MYERS; JAMES JENNINGS; NATHAN RICE,

        Defendants - Appellees.

————————

Appeals from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge; Paige Jones Gossett, Magistrate Judge.  (0:18-cv-01417-CMC-PJG)

Submitted:  September 24, 2019                    Decided:  September 27, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Louis Garrett, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Louis Garrett, Jr., seeks to appeal the district court's order affirming the magistrate judge's order and denying Garrett's motions to join other parties and to amend the complaint, to amend/correct the motion to join other parties and to amend the complaint, and for appointment of counsel; the magistrate judge's order denying Garrett's motions to compel and for sanctions, to stay, motions to supplement his motion to compel and for sanctions, and denying Defendants' motion for extension of time; and the magistrate judge's order denying Garrett's motions for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Garrett seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*